AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Richard D. Arruda

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03cv12334 EFH

TO: (Name and address of Defendant)

Richard D. Arruda
288 Dartmouth Street
New Bedford, MA 02740

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 20 2003

DATE

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

*Bristol, ss.*                                                                                February 11, 2004

I hereby certify and return that on 2/10/2004 at 02:45 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Corporate Disclosure, Case Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Richard D. Arruda, 288 Dartmouth Street New Bedford, MA and by mailing first class mail to the above-mentioned address on 2/10/2004. Copies ($4.00), Conveyance ($0.75), Travel ($22.70), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $60.70

_____
Deputy Sheriff

Deputy Sheriff Floyd L Carr

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                 Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.