UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| DIRECTV, Inc. | Case No.: 03cv12334 EFH |
| Plaintiff, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| Richard D. Arruda | |
| Defendant | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

10/15/04
Date

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210

Respectfully Submitted for the Defendant,
Richard D. Arruda
By His Attorney,

10/19/04
Date

Michael Medeiros, Esq.
286 Union Street
New Bedford, MA 02740
508-992-0023

1

## CERTIFICATE OF SERVICE

I, Michael Medeiros, attorney for the Defendant, hereby certify that on this _19th_ day of _OCTOBER_, 2004, a copy of the foregoing Stipulation of Dismissal, was sent via first class mail, postage prepaid, to the following:

Attorney John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210

_____
Michael Medeiros